### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOSE ALBERTO GALLARDO URRIOLA**                                            **PLAINTIFF**

**v.**                                   **Case No. 4:25-cv-00254-KGB**

**FAULKNER COUNTY**
**DETENTION CENTER UNIT 1,** *et al.*                                        **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jose Alberto Gallardo Urriola's complaint is dismissed without prejudice (Dkt. No. 1).    The relief sought is denied.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge